No. 71–6902. MOORE ET AL. *v.* HAUGH, WARDEN, ET AL. Affirmed on appeal from D. C. N. D. Iowa. MR. JUSTICE DOUGLAS would note probable jurisdiction and set case for oral argument.

No. 72–46. UTE MOUNTAIN TRIBE OF INDIANS *v.* NAVAJO TRIBE OF INDIANS. Affirmed on appeal from D. C. N. M. MR. JUSTICE DOUGLAS would note probable jurisdiction and set case for oral argument.

No. 72–36. WILLIAMS *v.* DEMOCRATIC PARTY OF GEORGIA ET AL. Appeal from D. C. N. D. Ga. Motions to dispense with printing jurisdictional statement and motion to dismiss or affirm granted. Judgment affirmed. MR. JUSTICE DOUGLAS would dismiss appeal as moot. MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL would note probable jurisdiction and set case for oral argument.

No. 72–83. STERRETT ET AL. *v.* MOTHERS' & CHILDREN'S RIGHTS ORGANIZATION ET AL. Appeal from D. C. N. D. Ind. Motion of appellees for leave to proceed *in forma pauperis* granted. Judgment affirmed.

No. 72–114. GAUNT ET AL. *v.* BROWN, SECRETARY OF STATE OF OHIO, ET AL. Appeal from D. C. S. D. Ohio. Motion to dispense with printing jurisdictional statement granted. Judgment affirmed.

No. 70–5083. NEWMAN *v.* NEWMAN. Appeal from Sup. Ct. La. Motion for leave to proceed *in forma pauperis* granted. Judgment vacated and case remanded for further consideration in light of *Boddie* v. *Connecticut,* 401 U. S. 371 (1971).